UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MARQUARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY INC.,<br><br>　　　　Defendant. | No.  2:19-cv-01581-DAD-KJN<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION<br><br>(Doc. No. 13) |

　　　　On August 26, 2022, the parties filed a stipulation to voluntarily dismiss this putative class action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 13.)  The parties also stipulated that they will each bear their own fees and costs.

　　　　Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that:

　　　　1.　　This action is dismissed with prejudice;

　　　　2.　　The parties shall bear their own fees and costs in this action;

　　　　3.　　All pending deadlines and hearing dates in this action are vacated;

　　　　4.　　The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:  __**September 2, 2022**__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1